UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:25-CV-00037-REW-EBA

3M COMPANY, PLAINTIFF,

V.   **ORDER**

GLENN M. HAMMOND, *et al.*, DEFENDANTS.

*** *** *** ***

As required by 28 U.S.C. § 455, the undersigned will recuse from further responsibility in this action. Therefore, in accordance with General Order 18-22, and with the agreement of the participating United States Magistrate Judges,

**IT IS ORDERED** that this matter is **REASSIGNED** to Magistrate Judge Candace J. Smith.

Signed June 16, 2025.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge