**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION**

**3M COMPANY,**

       **Plaintiff**,

**v.**

**GLENN M. HAMMOND,
MICHAEL B. MARTIN, and
JOHN (a.k.a. "JOHNNY") GIVENS**,

       **Defendants**.

**Civil Action No:
7:25-cv-00037-REW-CJS**

---

**MOTION FOR ADMISSION *PRO HAC VICE*
OF STEVEN GRIMES**

---

Comes now plaintiff, 3M Company, by its counsel, Benjamin C. Fultz and Gregory Scott Gowen of Fultz Maddox Dickens PLC, and moves this Court for the admission of Steven Grimes, *pro hac vice*, to practice in the bar of this Court, for the limited purpose of representing plaintiff as co-counsel and, in support of this Motion, plaintiff states as follows:

1.     Steven Grimes is a partner of the law firm Winston & Strawn LLP. Mr. Grimes is not a resident of Kentucky, not regularly employed in Kentucky, or regularly engaged in business or professional activities in Kentucky.

2.     Mr. Grimes is a duly licensed, qualified, and enrolled member in good standing of the Bar of the State of Illinois, as set forth in his affidavit attached as **Exhibit 1**. Mr. Grimes has never been suspended, disbarred, or faced any disciplinary actions from the Supreme Court of the State of Illinois

3.      As shown by the attached affidavit, Mr. Grimes satisfies the criteria for limited admission to practice in this Court in this particular proceeding, pursuant to LCR 83.2 of the Kentucky Rules for Admission to the Bar and the Discipline of Attorneys. Mr. Grimes consents to the rules of this jurisdiction and is knowledgeable with ECF/Pacer.

WHEREFORE, Plaintiff 3M Company, pursuant to Rule 83.2 of the Kentucky Rules for Admission to The Bar and the Discipline of Attorneys, respectfully requests this Court to enter an Order which admits Steven Grimes *pro hac vice* as co-counsel for the plaintiff in this cause.

Dated: June 19, 2025

Respectfully submitted,

FULTZ MADDOX DICKENS PLC

*/s/ Benjamin C. Fultz*
Benjamin C. Fultz (KBA #84398)
Gregory Scott Gowen (KBA #85408)
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202-3116
(502) 588-2000
bfultz@fmdlegal.com
sgowen@fmdlegal.com

Steven Grimes
(Seeking *Pro Hac Vice* Admission)
Whitney I. Adams (KBA #100826)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
sgrimes@winston.com
wiadams@winston.com

*Attorneys for 3M Company*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Benjamin C. Fultz*
Benjamin C. Fultz