**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION**

**3M COMPANY,**

       **Plaintiff**,

**v.**

**GLENN M. HAMMOND,
MICHAEL B. MARTIN, and
JOHN (a.k.a. "JOHNNY") GIVENS**,

       **Defendants**.

                                       **Civil Action No:
7:25-cv-00037-REW-CJS**

---

**AFFIDAVIT OF STEVEN GRIMES**

---

I, Steven Grimes, make this Affidavit to appear *Pro Hac Vice* for Plaintiff 3M Company in this case and in support state:

1. I will be co-counsel with Benjamin C. Fultz and Gregory Scott Gowen of Fultz Maddox Dickens PLC, 101 S. Fifth Street, 27th Floor, Louisville, Kentucky 40202.

2. I am a partner at Winston & Strawn LLC located at 35 W. Wacker Drive, Chicago, Illinois 60601-9703. My email address is sgrimes@winston.com and my phone number is (312) 558-8317.

3. I am admitted to practice in the State of Illinois and my Illinois Attorney Registration Number is 6287847.

4. I am currently a member in good standing with the Supreme Court of Illinois. A copy of a Certificate of Good Standing is attached to this Affidavit as **Exhibit**

**EXHIBIT 1**

**A**.

5. A list of my current admissions is attached to this Affidavit as **Exhibit B**.

6. I have never been suspended or disbarred from the practice of law, and I have never resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding in any jurisdiction. There are currently no disciplinary proceedings presently against me in any jurisdiction.

7. In the past five years I have not been admitted to practice in Kentucky.

8. I consent to the rules of this jurisdiction as set forth by the Kentucky Supreme Court governing professional conduct.

9. I have extensive experience using ECF and Pacer. I have reviewed the learning modules located here https://www.kyed.uscourts.gov/cmecf-train.

FURTHER AFFIANT SAYETH NOT.

_____
Steven Grimes

Subscribed and sworn to before me this <u>18th</u> day of June, 2025.

_____
Notary Public



OFFICIAL SEAL
SAMANTHA J ESPOSITO
Notary Public, State of Illinois
Commission No. 991140
My Commission Expires
May 21, 2028

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Grimes

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/27/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of June, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# EXHIBIT B

**ATTORNEY ADMISSIONS SURVEY**

Attorney Name: **STEVE GRIMES**    Completed By: **TIFFANY BUCKNELL**

1. **Please enter the Federal Court(s) to which you are admitted to practice, admission date(s) (mm/dd/yy), bar number if applicable, bar renewal date (last date of renewal or next renewal date) if applicable, and date court was contacted regarding admission information. Do NOT include pro hac vice admissions or state bar admission information in this chart. Pro hac information should be added to the chart on the second page.**

| COURT | ADMISSION DATE | BAR NUMBER (if applicable) | BAR RENEWAL (if applicable) | DATE COURT CONTACTED |
|---|---|---|---|---|
| IL Northern Dist. Court-Gen. | 1/12/2006 | 6287847 | 8/31/2020 | 2.4.22 |
| IL Northern Dist. Court - Trial | 8/23/2013 | | | 2.4.22 |
| 7th Cir. Court of Appeals | 10/18/2013 | | | 2.9.22 |
| NY Southern Dist. Court | NOT ADMITTED | | | 2.9.22 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2. **If any admissions are determined to be pro hac vice admissions (NOT general admissions to the court), please add those courts below. If there is any additional information that you believe is helpful, please add to the miscellaneous column.**

| COURT | DATE COURT CONTACTED | MISCELLANEOUS INFORMATION? |
|---|---|---|
| PA Middle District Court | 2014 | |
| OH Northern District Court | 10/28/19 | CASE 19 CR 559 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBMIT**