## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION

**3M COMPANY,**

      **Plaintiff**,

**v.**

**GLENN M. HAMMOND,**
**MICHAEL B. MARTIN, and**
**JOHN (a.k.a. "JOHNNY") GIVENS**,

      **Defendants**.

Civil Action No:
**7:25-cv-00037-REW-CJS**

---

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN GRIMES

Plaintiff 3M Company, by counsel Benjamin C. Fultz and Gregory Scott Gowen of Fultz Maddox Dickens PLC, has moved the Court for the admission *pro hac vice* of attorney Steven Grimes.  The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Mr. Grimes has consented to the jurisdiction and rules of the Kentucky Supreme Court.  Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1.  The Plaintiff's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

2.  Steven Grimes is **ADMITTED** *pro hac vice* as counsel for Plaintiff in the above styled action.