# Exhibit 2

CAUSE NO. 23-CV-0488

| | | |
|---|---|---|
| 3M COMPANY, | § | IN THE DISTRICT COURT OF |
| Petitioner, | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| MICHAEL B. MARTIN and | § | Galveston County - 10th District Court |
| MARTIN WALTON LAW FIRM, | § | |
| Respondents. | § | _____ JUDICIAL DISTRICT |

**FILED** 23 JUN -5 AM 11: 10
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

## ORDER GRANTING VERIFIED PETITION TO TAKE DEPOSITIONS BEFORE SUIT TO INVESTIGATE POTENTIAL CLAIMS AND TO ISSUE SUBPOENA DUCES TECUM

Petitioner's Verified Petition for Authorization to Conduct Rule 202 Pre-Suit Depositions is **GRANTED**. Specifically, the Court finds that the likely benefit of allowing Petitioner 3M Company (3M) to take the depositions of Michael B. Martin and Martin Walton Law Firm to investigate potential claims outweighs the burden or expense of the procedure as required by Texas Rule of Civil Procedure 202(a)(2). Martin and a corporate representative of Martin Walton shall make themselves available for deposition and produce documents in response to the subpoena duces tecum issued by 3M on a date and at a location to be mutually agreed upon by the parties and/or their counsel. Such records shall be produced no later than ~~April 15~~ JUNE 30, 2023 and depositions shall take place no later than ~~May 1~~ JULY 28, 2023.

SIGNED: JUNE 2, 2023.

_____
PRESIDING JUDGE

23-CV-0488
DCORDER
Order
2590679