**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
NO.: 7:25-CV-037-REW-CJS**

**3M COMPANY,**                                                                                    **PLAINTIFF,**

**VS.**

**GLENN M. HAMMOND, et al.,**                                         **DEFENDANTS.**

---

### MOTION TO CONTINUE HEARING

---

COMES the undersigned, Glenn M. Hammond, and moves the Court to continue the hearing that is scheduled for July 24, 2025, at 3:30 p.m. in London, KY. As grounds for this motion, the undersigned states as follows:

1. That the undersigned was served with the Complaint initiating this matter on Monday, July 21, 2025, and has not yet had an opportunity to consult with and/or obtain Counsel to represent him in this proceeding;

2. That notification of the hearing was received via email on Tuesday, July 22, 2025, which provides insufficient time to adequately prepare for such a hearing;

3. That the undersigned has two other hearings scheduled at 9:00 a.m. in Letcher Circuit Court on July 24, 2025, one of which has already been rescheduled, in addition to a long-scheduled Social Security hearing and depositions, all of which have been scheduled for some time now and have been previously rescheduled;

4. That regardless of the allegations in this matter, no party will be prejudiced by the rescheduling of the hearing.

WHEREUPON, the undersigned respectfully requests that the Court grant a continuance of the scheduled hearing to a later date to allow adequate preparation and due process, and all other relief to which Plaintiff may be deemed entitled, either at law or in equity.

        Respectfully submitted,

        ***/s/Glenn Martin Hammond, Pro Se***
        GLENN MARTIN HAMMOND
        5476 North Mayo Trail
        P.O. Box 1109
        Pikeville, Kentucky 41502
        Telephone:    (606) 437-7777
        Facsimile:    (606) 437-1004
        GMHLAW@HOTMAIL.COM

## **CERTIFICATE OF SERVICE:**

I certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Walter C. Morrison, IV
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157
WMorrison@gainsben.com
*Counsel for Defendant Givens*

David L. Miller
MILLER, SCAMARDI, CARRABBA &
BURGESS, P.C.
6525 Washington Avenue
Houston, Texas 77007
DMiller@msc-lawyer.com
*Counsel for Defendant Martin*

Benjamin C. Fultz
Gregory Scott Gowen
Robert E. Ranney
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202-3116
bfultz@fmdlegal.com
sgowen@fmdlegal.com
rranney@fmdlegal.com

Steve Grimes
Whitney I. Adams
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
sgrimes@winston.com
wiadams@winston.com

***/s/Glenn Martin Hammond, Pro Se***
GLENN MARTIN HAMMOND