# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION

|  |  |
|---|---|
| **3M Company** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No.: 7:25-cv-00037-REW-MAS <br> ) |
| **GLENN HAMMOND, MICHAEL B. MARTIN, and JOHN (a.k.a. "JOHNNY") GIVENS,** | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## JOINT STIPULATION EXTENDING DEADLINES

Plaintiff 3M Company and Defendants Glenn Hammond, Michael Martin, and John Givens (the "Parties"), through their undersigned counsel, hereby stipulate that the Parties shall have an extension of their respective deadlines in this matter as follows:

1. Defendants Martin and Givens shall have an extension of time up to and until **October 3, 2025**, to provide a response to the Amended Complaint;[1]

2. 3M shall file a response to any Rule 12 motion by **November 14, 2025**; and

3. Defendants shall file replies in support of Rule 12 motions by **December 5, 2025**.

---

[1] 3M and Defendant Hammond have similarly stipulated that Hammond shall have an extension of time up to and including October 3, 2025, to provide a response to the Amended Complaint. *See* DE 49.

Dated: September 12, 2025                               Respectfully submitted,

        FULTZ MADDOX DICKENS PLC

        */s/ Benjamin C. Fultz*
Benjamin C. Fultz (KBA #84398)
Gregory Scott Gowen (KBA #85408)
Robert E. Ranney (KBA #100226)
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202-3116
(502) 588-2000
bfultz@fmdlegal.com
sgowen@fmdlegal.com
rranney@fmdlegal.com

Steve Grimes (Admitted *Pro Hac Vice*)
Whitney I. Adams (KBA #100826)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
sgrimes@winston.com
wiadams@winston.com

*Attorneys for 3M Company*

*/s/ Stephen J. Mattingly*
R. Kenyon Meyer
Stephen J. Mattingly
DINSMORE & SHOHL LLP
101 S. Fifth Street, Ste. 2500
Louisville, Kentucky 40202
(502) 540-2300
(502) 540-2529 (FAX)
kenyon.meyer@dinsmore.com
stephen.mattingly@dinsmore.com

*Counsel for Glenn M. Hammond*

**Error! Unknown document property name.**

*/s/ Matthew R. Palmer-Ball*
Matthew R. Palmer-Ball
Wyatt, Tarrant & Combs
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
TEL: (502) 589-5235
FAX: (502) 589-0309
EMAIL: mpalmerball@wyattfirm.com

David L. Miller
(Seeking *Pro Hac Vice* Admission)
Diane F. Burgess
(Seeking *Pro Hac Vice* Admission)
Miller, Scamardi, Carrabba & Burgess, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
EMAIL: e-service@msc-lawyer.com

*Counsel for Michael B. Martin*

/s/ *Walter C. Morrison, IV*
Walter C. Morrison, IV (Admitted *Pro Hac Vice)*
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
240 Trace Colony Park Dr., Suite 100
Ridgeland, Mississippi 39157
Telephone: (601) 933-2054
Facsimile: (504) 528-9973
Email: wmorrison@gainsben.com

Judd R. Uhl
Russell Morgan Salisbury
Lewis Brisbois Bisgaard & Smith, LLP - Cincinnati
250 E. Fifth Street, Suite 2000
Cincinnati, Oh 45202
Judd Ph. 513-808-9911
Morgan Ph. 513-808-9917
Fax: 513-808-9912
Email: Judd.Uhl@Lewisbrisbois.Com
Email: Morgan.Salisbury@Lewisbrisbois.Com

*Counsel for John Givens*

3

**Error! Unknown document property name.**