# Exhibit 1

NOT ORIGINAL
DOCUMENT

PM

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION NO. II



ENTERED
ANNA PINSON SPEARS
MAR - 9 2023
PIKE CIRCUIT/DISTRICT COURT
BY: _____ D.C.

03/09/2023 06:53:35

ACTION NO. 22-CI-00812

JOHNNY WILSON, ET UX                                           PLAINTIFFS

V.                    ORDER DISMISSING WITH PREJUDICE

3M COMPANY, ET AL                                             DEFENDANTS

**************************************

     This cause came before the Court on 3M Company's Motion to Dismiss the Wilsons' claims based on the running of the statute of limitations (which the Court will take as a Motion for Summary Judgment), and the Court conducted a hearing on February 21, 2023.

     The Court does not need to address all of the calendar dates mentioned in 3M Company's Motion. The record clearly reflects that Johnny Wilson and his wife's claims had to be filed by January 6, 2020 (a Monday). No party disputes that Mr. Wilson, through his attorney, the Hon. Glenn Martin Hammond, was actively seeking medical records regarding Mr. Wilson's black lung disease on January 3, 2019. Mr. Hammond filed an Affidavit, explaining his reasons for seeking Mr. Wilson's medical records, using a medical authorization signed by Mr. Wilson and dated for January 3, 2019. 3M Company has conclusively shown that Mr. Hammond's Affidavit was materially false. The Court finds no genuine issue of material fact in this regard.

     Taking the documents and depositions of record in the light most favorably to the Plaintiffs, the Wilsons, through Mr. Hammond, knew or should have known by January 3, 2019, that they had claims against 3M Company and others for the alleged failure of dust masks to work properly. The Wilsons' claims were not filed until over fourteen months later, on March 17, 2020, when Mr. Wilson and his wife, through Mr. Hammond, along with over sixty other injured miners, filed Action No. 20-CI-00382 in this Court, from which this Action was separated. Therefore, the Wilsons' claims are barred by the applicable one-year statute of limitations for this type of action, and the Defendants are entitled to Judgment as a matter of law.

NOT ORIGINAL DOCUMENT

03/09/2023 06:53:35 PM

64560-19

For the foregoing reasons, IT IS HEREBY ORDERED AS FOLLOWS:

1. The jury trial set for March 27, 2023, at 9:00 a.m. is CANCELED.

2. 3M Company's Motion to Dismiss the Wilsons' claims based on the running of the statute of limitations (which the Court has taken as a Motion for Summary Judgment) is GRANTED, and this Action is DISMISSED WITH PREJUDICE.

3. All other Motions are rendered MOOT by this Order.

There being no just cause for delay, this is a final and appealable Order, and this cause is STRICKEN from the active docket.

ENTERED this 9th day of March, 2023.

HON. HOWARD KEITH HALL
PIKE CIRCUIT COURT
DIVISION NO. II

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Order was this day mailed to the parties and/or their attorneys of record, this is the 9th day of March, 2023.

ANNA PINSON SPEARS, CLERK
PIKE CIRCUIT COURT

BY: _____
D.C.