# Exhibit 4



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77549-4580
(713) 773-2035
(832) 559-0878 (FAX)

March 18, 2021

Timothy Adkins
REDACTED

Re:     Your potential case

Dear Timothy:

As you know, we are working with Glenn Hammond's office REDACTED

[REDACTED]

If you have any questions, please feel free to call me at 713-773-2035. Thank you.

Sincerely,

*Rhonda Harshbarger*

Rhonda Harshbarger, CP
Certified Paralegal

REDACTED

MM 000120



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 21, 2022

Tommy E. Adkins
REDACTED

Re:   Your case

Dear Mr. Adkins:

As you know, we are working with Glenn Hammond's office REDACTED

Please call our office at your earliest convenience.

Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant

RE

MM 000121



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 106
HOUSTON, TX 77549-4580
(713) 773-2035
(832) 559-0878 (FAX)

January 31, 2023

Tommy E. Adkins
REDACTED

Re: Your case

Dear Mr. Adkins:

As you know, we are working on your case with Glenn Hammond's office.

REDACTED

If you have any questions, please feel free to call me at 713-773-2035. Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant





**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 106
HOUSTON, TX 77549-4580
(713) 773-2035
(832) 559-0878 (FAX)

February 2, 2023

Mr. Denver Baker
REDACTED

Re:   Your case:

Dear Mr. Baker:

As you know, we are working on your potential case with Glenn Hammond's office.

REDACTED

If you have any questions, please feel free to call me at 713-773-2035.  Thank you.

Sincerely,

Beth Ladner
Legal Assistant

RE
CT
ED

MM 000123



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 20, 2022

Gary Bennett
REDACTED

Re: Your case

Dear Mr. Bennett:

As you know, we are working with Glenn Hammond's office REDACTED

Please call our office at your earliest convenience.

Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant

RE

MM 000124



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 21, 2022

Brandon Blackburn
REDACTED

Re:   Your case

Dear Mr. Blackburn

As you know, we are working with Glenn Hammond's office REDACTED

Please call our office at your earliest convenience.

Thank you.

Sincerely,

Beth Ladner
Legal Assistant

RE

MM 000125



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 21, 2022

Michael Blackburn
REDACTED

Re:  Your case

Dear Mr. Blackburn

As you know, we are working with Glenn Hammond's office REDACTED

Please call our office at your earliest convenience.

Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant

RE

MM 000126



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 21, 2022

Bobby Boyd
REDACTED

Re:   Your case

Dear Mr. Boyd,

As you know, we are working with Glenn Hammond's office REDACTED

Please call our office at your earliest convenience.

Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant

RE

MM 000127



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77549-4580
(713) 773-2035
(832) 559-0878 (FAX)

April 28, 2022

Eddie Branham
REDACTED

Re:   Your case

Dear Eddie:

As you know, we are working on your case with Glenn Hammond's office.

REDACTED

If you have any questions, please feel free to call me at 713-773-2035.  Thank you.

Sincerely,

Beth Ladner
Legal Assistant

MM 000128



**MARTIN | WALTON**
ATTORNEYS AT LAW
699 S. FRIENDSWOOD DRIVE, SUITE 107
HOUSTON, TX 77546-4580
(713) 773-2035
(832) 559-0878 (FAX)

June 21, 2022

Cecil Chapman
REDACTED

Re:   Your case

Dear Mr. Chapman:

As you know, we are working with Glenn Hammond's office REDACTED .

Please call our office at your earliest convenience.

Thank you.

Sincerely,

*Beth Ladner*

Beth Ladner
Legal Assistant

RE

MM 000129