# Exhibit 6

Filed: 12/13/2024 2:36 PM
Envelope No. 95304463

CAUSE NO. 23-CV-0488

| | | |
|---|---|---|
| 3M COMPANY, | § | IN THE DISTRICT COURT OF |
| Petitioner, | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| MICHAEL B. MARTIN and | § | |
| MARTIN WALTON LAW FIRM, | § | |
| | § | |
| Respondents. | § | 10th JUDICIAL DISTRICT |

FILED 2025 APR 17 AM 9:07

### **(PROPOSED) ORDER**

This matter came before the Court on ~~December 17, 2024~~ March 19, 2025, for a hearing on Respondent Michael B. Martin's Motion for Protection and Entry of Protective Order and, Alternatively, Motion for Reconsideration of Order on Rule 202 Petition. The Court, having reviewed the arguments and evidence presented by counsel from all parties, hereby finds,

The objections and claims of privilege asserted in Respondent's Objections and Responses to Documents Requested are **OVERRULED**, including because Respondent Michael B. Martin has not met his burden under Texas Rule of Civil Procedure 192.6 or Texas Rule of Civil Procedure 193.4(a). Respondent's Motion for Protection and Entry of Protective Order and, Alternatively, Motion for Reconsideration of Order on Rule 202 Petition is **DENIED**.

It is hereby **ORDERED** that Michael B. Martin and Martin Walton Law Firm (together, "Respondents") shall complete the production of documents in response to the subpoena duces tecum issued by Petitioner 3M Company by no later than ~~January 16, 2025~~ June 30, 2025.

It is further **ORDERED** that to the extent Respondents continue to withhold or redact privileged material or information, Respondents shall produce a privilege log that accounts for all withheld or redacted materials and provides all the information required under Rule 193.3 by

23-CV-0488
DCORDMO
Order Denying Motion
2969468

Copy from re:SearchTX

~~January 16, 2025~~ June 30, 2025 and to submit any and all documents over which privilege is claimed to the Court for *in camera* review by ~~January 16, 2025~~ June 30, 2025.

4·16·2025
DATE

[signature]
PRESIDING JUDGE

Copy from re:SearchTX