# Exhibit 7

| | |
|---|---|
| **From:** | Diane Burgess |
| **To:** | Walter Morrison; Adams, Whitney; Mattingly, Stephen J.; David Miller |
| **Cc:** | Ben Fultz; Robert Ranney; Scott Gowen; Tracy Rhodes; Grimes, Steve; Kristine McFadden; Sheree West; Maria George; Tiffany Farr |
| **Subject:** | RE: 3M v. Hammond, et al. |
| **Date:** | Thursday, September 11, 2025 10:56:55 AM |
| **Attachments:** | image007.png<br>image009.png |



Whitney,

David and I are also available on September 23, 2025 at 1:00 pm central time. Thank you. Diane

**Diane F. Burgess**
SB#24036594
Miller, Scamardi, Carrabba & Burgess, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595 ext. 245
FAX: (713) 861-3596
www.msc-lawyer.com
Email: dburgess@msc-lawyer.com



This e-mail and any documents attached, may contain confidential information belonging to the sender which is protected by the attorney-client, work product and/or other privileges. This information is intended only for the use of the individuals or entities named above. If you have received this e-mail in error, we would appreciate you immediately notifying us by collect telephone call to arrange for the return of all copies of the e-mail. You also should delete this transmission from your computer and/or server. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Walter Morrison <WMorrison@gainsben.com>
**Sent:** Wednesday, September 10, 2025 12:46 PM
**To:** Adams, Whitney <WIAdams@winston.com>; Mattingly, Stephen J. <stephen.mattingly@dinsmore.com>; David Miller <DMiller@msc-lawyer.com>; Diane Burgess <dburgess@msc-lawyer.com>
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

I am open on the 23rd at any time before 2:30 CDT.

**From:** Adams, Whitney <WIAdams@winston.com>
**Sent:** Wednesday, September 10, 2025 12:35 PM
**To:** Mattingly, Stephen J. <stephen.mattingly@dinsmore.com>; David Miller <DMiller@msc-lawyer.com>; Walter Morrison <WMorrison@gainsben.com>; Diane Burgess <dburgess@msc-lawyer.com>
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** Re: 3M v. Hammond, et al.

Thank you, Steve. We are available at those times on the 22nd and 23rd. If a time in those windows work for others, we can circulate an invite.



**WHITNEY ADAMS**
OF COUNSEL

**T** +1 (312) 558-7533
wiadams@winston.com

*Admitted to practice in Illinois, Kentucky*

**From:** Mattingly, Stephen J. <stephen.mattingly@dinsmore.com>
**Sent:** Wednesday, September 10, 2025 12:19 PM
**To:** Adams, Whitney <WIAdams@winston.com>; David Miller <DMiller@msc-lawyer.com>; Walter Morrison <WMorrison@gainsben.com>; Diane Burgess <dburgess@msc-lawyer.com>
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Whitney, thanks for looping me in. Unfortunately I am slated to be in an all-day mock trial that day. I could do September 22 (1:30 pm eastern on), 23 (any time), 24 (any time except 11:30-12). I'll touch base with you separately today or tomorrow about the subpoena question you raised when we spoke.

Steve



**Stephen J. Mattingly**
Partner
Dinsmore & Shohl LLP • Legal Counsel
101 South Fifth Street, Suite 2500, Louisville, KY 40202

**T** (502) 540-2345 • **F** (502) 585-2207

---

**From:** Adams, Whitney <WIAdams@winston.com>
**Sent:** Wednesday, September 10, 2025 12:13 PM
**To:** David Miller <DMiller@msc-lawyer.com>; Walter Morrison <WMorrison@gainsben.com>; Diane Burgess <dburgess@msc-lawyer.com>; Mattingly, Stephen J. <stephen.mattingly@dinsmore.com>
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

All,

Adding in Mr. Mattingly on behalf of Mr. Hammond. We would like to move forward with setting a call to discuss certain scheduling and discovery issues in this case. Can you please let us know your availability for a call next Friday, September 19?

Thanks,
Whitney



**WHITNEY ADAMS**
OF COUNSEL

**T** +1 (312) 558-7533
wiadams@winston.com

*Admitted to practice in Illinois, Kentucky*

---

**From:** Adams, Whitney
**Sent:** Wednesday, August 20, 2025 3:57 PM
**To:** David Miller <DMiller@msc-lawyer.com>; Walter Morrison <WMorrison@gainsben.com>; Diane Burgess <dburgess@msc-lawyer.com>; gmhlaw@hotmail.com; gmhlaw2@yahoo.com; gmhlaw1@yahoo.com
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Hi David,

We understand, but we do think we need to discuss certain scheduling issues before responses are filed, including discovery before then and while any Rule 12 motions are pending. How about we get it on the calendar for the first week of September so you all have time to get your pro hacs on file and granted?

Whitney



**WHITNEY ADAMS**
OF COUNSEL

T +1 (312) 558-7533
wiadams@winston.com

*Admitted to practice in Illinois, Kentucky*

---

**From:** David Miller <DMiller@msc-lawyer.com>
**Sent:** Wednesday, August 20, 2025 11:53 AM
**To:** Walter Morrison <WMorrison@gainsben.com>; Adams, Whitney <WIAdams@winston.com>; Diane Burgess <dburgess@msc-lawyer.com>; gmhlaw@hotmail.com; gmhlaw2@yahoo.com; gmhlaw1@yahoo.com
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Hello Whitney,
Thank you for putting this together.
We will need to wait until all counsel have been approved including our local counsel. We would also like to have our response on file before scheduling is contemplated.
Thank you

David L. Miller
SB# 14067300
Miller, Scamardi, Carrabba & Burgess, P.C.
6525 Washington Avenue
Houston, Texas 77007
Tel: 713-861-3595
Fax: 713-861-3596
www.msc-lawyer.com

Email: dmiller@msc-lawyer.com

 

This e-mail and any documents attached, may contain confidential information belonging to the sender which is protected by the attorney-client, work product and/or other privileges. This information is intended only for the use of the individuals or entities named above. If you have received this e-mail in error, we would appreciate you immediately notifying us by collect telephone call to arrange for the return of all copies of the e-mail. You also should delete this transmission from your computer and/or server. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Walter Morrison <WMorrison@gainsben.com>
**Sent:** Wednesday, August 20, 2025 11:11 AM
**To:** Adams, Whitney <WIAdams@winston.com>; David Miller <DMiller@msc-lawyer.com>; Diane Burgess <dburgess@msc-lawyer.com>; gmhlaw@hotmail.com; gmhlaw2@yahoo.com; gmhlaw1@yahoo.com
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Any time before noon works for me.

---

**From:** Adams, Whitney <WIAdams@winston.com>
**Sent:** Wednesday, August 20, 2025 10:56 AM
**To:** Walter Morrison <WMorrison@gainsben.com>; dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; gmhlaw@hotmail.com; gmhlaw2@yahoo.com; gmhlaw1@yahoo.com
**Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Removing Mr. Ramsey, as he informed us that he will not be representing Mr. Hammond.

Mr. Morrison, Mr. Miller, and Mr. Hammond, please let us know your availability between **9:00-1:00 CT on Monday, 8/25**.



**WHITNEY ADAMS**
OF COUNSEL

T  +1 (312) 558-7533
wiadams@winston.com

*Admitted to practice in Illinois, Kentucky*

---

**From:** Adams, Whitney
**Sent:** Monday, August 18, 2025 9:20 AM
**To:** 'Walter Morrison' <WMorrison@gainsben.com>
**Cc:** dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; wtr@nealharwell.com; Glenn Martin Hammond <gmhlaw@hotmail.com>; Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Thank you.  I spoke to David separately and understand he is unavailable tomorrow and in depositions/mediations the rest of the week.  3M is available any time between **9:00-1:00 CT on Monday, 8/25**.  Can we find a time in that window?

Best,
Whitney

**WHITNEY ADAMS**
OF COUNSEL

T  +1 (312) 558-7533
wiadams@winston.com

*Admitted to practice in Illinois, Kentucky*

---

**From:** Walter Morrison <WMorrison@gainsben.com>
**Sent:** Monday, August 18, 2025 8:48 AM
**To:** Adams, Whitney <WIAdams@winston.com>
**Cc:** dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; wtr@nealharwell.com; Glenn Martin Hammond <gmhlaw@hotmail.com>; Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden

<KMcFadden@fmdlegal.com>; Sheree West <swest@gainsben.com>
**Subject:** RE: 3M v. Hammond, et al.

Works for me.

---

**From:** Adams, Whitney <WIAdams@winston.com>
**Sent:** Thursday, August 14, 2025 3:37 PM
**To:** Walter Morrison <WMorrison@gainsben.com>
**Cc:** dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; wtr@nealharwell.com; Glenn Martin Hammond <gmhlaw@hotmail.com>; Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>
**Subject:** RE: 3M v. Hammond, et al.

We can do Tuesday at 2:30 CT / 3:30 ET. If that time works for all, we can circulate an invite.

---

**From:** Walter Morrison <WMorrison@gainsben.com>
**Sent:** Wednesday, August 13, 2025 6:26 PM
**To:** Adams, Whitney <WIAdams@winston.com>
**Cc:** dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; wtr@nealharwell.com; Glenn Martin Hammond <gmhlaw@hotmail.com>; Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>
**Subject:** Re: 3M v. Hammond, et al.

Monday morning and Tuesday afternoon are generally open for me.

Walter C. Morrison IV
Sent from my iPhone

> On Aug 13, 2025, at 6:23 PM, Adams, Whitney <wiadams@winston.com> wrote:
>
> 3M is not available at 4 pm tomorrow (Thursday). How does early next week look?

**From:** Walter Morrison <WMorrison@gainsben.com>
**Sent:** Tuesday, August 12, 2025 3:23 PM
**To:** Adams, Whitney <WIAdams@winston.com>
**Cc:** dmiller@msc-lawyer.com; dburgess@msc-lawyer.com; wtr@nealharwell.com; Glenn Martin Hammond <gmhlaw@hotmail.com>; Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy Rhodes <trhodes@fmdlegal.com>; Grimes, Steve <SGrimes@winston.com>; Kristine McFadden <KMcFadden@fmdlegal.com>
**Subject:** Re: 3M v. Hammond, et al.

This week is pretty tight for me. 9:00 am CDT tomorrow is about the best time. 4:00 pm Thursday would also work.

Walter C. Morrison IV
Sent from my iPhone

> On Aug 12, 2025, at 3:17 PM, Adams, Whitney <wiadams@winston.com> wrote:
>
> Counsel,
>
> We would like to arrange a conference to discuss scheduling and discovery going forward in this matter. Can you please let us know your availability for a call this week?
>
> Thank you,
> Whitney
>
> **From:** Kristine McFadden <KMcFadden@fmdlegal.com>
> **Sent:** Wednesday, August 6, 2025 3:46 PM
> **To:** DMiller@msc-lawyer.com; dburgess@msc-lawyer.com; Walter Morrison <wmorrison@gainsben.com>; Glenn Martin Hammond (Business Fax) <gmhlaw@hotmail.com>; wtr@nealharwell.com
> **Cc:** Ben Fultz <bfultz@fmdlegal.com>; Robert Ranney <RRanney@fmdlegal.com>; Scott Gowen <sgowen@fmdlegal.com>; Tracy

Rhodes <trhodes@fmdlegal.com>; Adams, Whitney <WIAdams@winston.com>; Grimes, Steve <SGrimes@winston.com>

**Subject:** 3M v. Hammond, et al.

Dear Counsel – attached please find the Plaintiff's First Amended Complaint in this matter.

<image003.jpg>

Kris McFadden

Legal Assistant

101 South Fifth Street, 27th Floor
Louisville, KY 40202
(Main)    502.588.2000
(Direct)  502.588.2014
(Fax)     502.588.2020

www.fmdlegal.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

<image001.png>

<image001.png>