# Exhibit 11

# Mike Martin

| | |
|---|---|
| **From:** | Erin Edwards <erin@gmhlawoffice.com> |
| **Sent:** | Thursday, March 17, 2022 1:58 PM |
| **To:** | Rhonda Harshbarger; Mike Martin |
| **Cc:** | Johnny Givens; Gage Walton; Bethney Ladner |
| **Subject:** | Dust Mask Active List |
| **Attachments:** | Copy of DUST MASK ACTIVE LIST.xlsx |

All,

Please see attached for our active list we have for these dust mask clients.

Thank you,
*Erin Edwards*

**Glenn Martin Hammond**
LAW OFFICES PLLC
P.O. Box 1109
5476 North Mayo Trail
Pikeville, KY 41502
office (606)437-7777
fax (606)437-1004

This email (and attachments if any) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email and destroy all copies of the email (and attachments if any).